AO 442    (Rev. 05/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    District of    MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE SANTOS, true name Samuel Guadalupe

**WARRANT FOR ARREST**

Case Number:   05-10320-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSE SANTOS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

❐ Indictment          ❐ Information          ❐ Complaint          ❐ Order of court

❐ Pretrial Release    ❐ Probation          X  Supervised Release  ❐ Violation Notice
   Violation Petition     Violation Petition      Violation

charging him or her with    (brief description of offense)
( See attached petition for Warrant for Offender Under Supervision)

in violation of Title _____ United States Code, Section(s) _____

| PAUL S. LYNESS | *Paul S. Lyness* |
| Name of Issuing Officer | Signature of Issuing Officer |
| COURTROOM DEPUTY CLERK | 1/8/08  one Courthouse Way, Boston |
| Title of Issuing Officer | Date and Location |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2008 JAN -8 P 4 03

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

WARRANT EXECUTED BY *Delannie pickup*
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |